J. B. Way and W. J. Way, partners in trade under the firm name of Way Brothers, Plaintiffs in Error, vs. W. R. Blake, Defendant in Error.

Writ of error to Circuit Court, Leon county; John W. Malone, Judge.

George B. Perkins, for Plaintiffs in Error .

R. W. Williams, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*